KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:      hendricksk@gtlaw.com
            ewingk@gtlaw.com
            madeleine.coles@gtlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> YEE MAR, an individual; JORDAN JUDD, an individual; LISA LAMB an individual; MATTHEW T. BEASLEY, an individual; LOA RAE WORTHEN, an individual, in her capacity as trustee of THE WORTHEN FAMILY TRUST; KENNEDY JUDD, an individual; NICOLE GREY, an individual; CLAY WILLMOTT, an individual; PRICILLA ROSEGREEN, an individual; ASHLEY HULLEMAN, an individual; DAWN NAPOLITAN, an individual; JORDAN M. CROW, an individual; PARKER JUDD, an individual; JESSE LOPEZ, an individual; ANTHONY ALBERTO SR., an individual; KAREN MADSEN, an individual;  ALYSSA N. QUILES, an individual; WAYNE THYGESEN, an individual; and PRESTON JUDD, an individual, <br><br> Defendants. | Case No. 2:26-cv-00996-JCM-NJK <br><br> **STIPULATION TO ACCEPT SERVICE OF SUMMONS AND COMPLAINT AND SET DEADLINES TO RESPOND TO COMPLAINT** <br><br> [DEFENDANTS JORDAN JUDD, KENNEDY JUDD, PARKER JUDD, AND PRESTON JUDD] |

/ / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600 , Las Vegas, Nevada 89135
Telephone: (702) 938- 6856

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600 , Las Vegas, Nevada 89135
Telephone: (702) 938- 6856

**IT IS HEREBY STIPULATED** by and among Plaintiff Geoff Winkler (the "*Receiver*"), as court-appointed receiver for J&J Consulting Services, Inc., an Alaska corporation; J&J Consulting Services, Inc., a Nevada corporation; J and J Purchasing LLC; The Judd Irrevocable Trust; and BJ Holdings LLC (collectively, the "*J&J Enterprise*"), and Defendants Jordan Judd, Kennedy Judd, Parker Judd, and Preston Judd (collectively, "*Judd Defendants*"), as follows, with respect to Plaintiff's Complaint for Fraudulent Transfer (see ECF No. 1), filed on March 31, 2026:

1. On April 6, 2026, Plaintiff requested that each of the Judd Defendants waive personal service by sending each of the Judd Defendants correspondence including two copies of the Waiver of Service of Summons and a copy of the Complaint for Fraudulent Transfer, via U.S. Mail and via their individual email addresses. *See* F.R.C.P. 4(d)(1).

2. On April 27, 2026, Defendants Kennedy Judd, Parker Judd, and Preston Judd emailed Greenberg Traurig indicating that their attorney is Kevin Anderson.[1]

3. No waivers of Service were returned executed by the Judd Defendants or by Mr. Anderson, however. As a result, Plaintiff began service attempts to the Judd Defendants on June 10, 2026.

4. On June 18, 2026, Mr. Anderson clarified that he represented each of the Judd Defendants and that "any who have not been served do not need to be [served] as we will also be appearing by way of motion on their behalf."

5. Counsel for the Receiver proposed that, if that was the case, and to avoid further cost to the Receiver and for the convenience of the Defendants, those Defendants Mr. Anderson said did not require service would stipulate to proper notice of this lawsuit and stipulate to service of the summons and Complaint on Mr. Anderson under F.R.C.P. 4(e), and the Receiver would, for his part, stipulate to a deadline to respond to the Complaint.

6. On June 22, 2026, Mr. Anderson agreed that the Judd Defendants would stipulate to service of the summons and Complaint through Mr. Anderson.

7. The Receiver and Judd Defendants therefore stipulate that Kevin Anderson was

---

[1] Plaintiff's counsel did not receive any communication from Jordan Judd regarding representation, however.

ACTIVE 725390605v2

authorized to and did in fact accept service of the Summonses and Complaint directed to the Judd Defendants, effective June 22, 2026.

8. Accordingly, the Receiver and Judd Defendants stipulate that responsive pleading(s) will be due on behalf of the Judd Defendants on or before **July 13, 2026**.

**IT IS SO STIPULATED.**

Dated this 29th day of June, 2026

GREENBERG TRAURIG, LLP

*/s/ Kyle A. Ewing*

KARA B. HENDRICKS, Bar No. 07743
KYLE A. EWING, Bar No. 014051
MADELEINE COLES, Bar No. 16216
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
***Attorneys for Plaintiff, Geoff Winkler,
in his Capacity as a Court-Appointed
Receiver***

Dated this 29th day of June, 2026

FABIAN VANCOTT

*/s/ Kevin N. Anderson*

KEVIN N. ANDERSON
95 South State, Suite 2300
Salt Lake City, Utah  84111
***Attorney for Defendants Jordan Judd,
Kennedy Judd, Parker Judd and
Preston Judd***

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    June 30, 2026

ACTIVE 725390605v2

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600 , Las Vegas, Nevada 89135
Telephone: (702) 938- 6856