KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
ANTHONY TORROLL, ESQ.
Nevada Bar No. 16640
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
ewingk@gtlaw.com
madeleine.coles@gtlaw.com
anthony.torroll@gtlaw.com
***Attorneys for Plaintiff***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., *et al.*,<br><br>Plaintiff<br><br>v.<br><br>YEE MAR, an individual, *et al.*,<br><br>Defendants | Case No. 2:26-cv-00996-CDS-NJK<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>[FIRST REQUEST]<br><br>[ECF No. 73] |

Plaintiff Geoff Winkler, as court-appointed receiver for J&J Consulting Services Inc., *et al.* (the "***Receiver***"), and Defendants Jordan Judd, Kennedy Judd, Parker Judd, and Preston Judd ("***Defendants***"), through their respective counsel of record, respectfully stipulate and agree as follows:

1. The Receiver filed his Complaint (ECF No. 1) in this action on March 31, 2026.

2. Defendants filed their motion to dismiss the Complaint (ECF No. 67) (the "***Motion to Dismiss***") on July 27, 2026.

3. The Receiver's deadline to respond to the Motion to Dismiss is currently August 10, 2026.

3. Counsel for the Receiver will just be returning from pre-planned travel on August 9, 2026.

4. So that the matter is fully briefed and the Receiver is afforded a full and fair opportunity to respond to the Motion to Dismiss, the parties agree to the following briefing schedule:

a. The Receiver will file his response to the Motion to Dismiss no later than August 17, 2026.

b. Defendants will file a reply in support of their Motion to Dismiss no later than August 24, 2026.

5. This is the first request to extend time to respond to the Motion to Dismiss.

6. The parties submit this stipulation in good faith and not for any improper purpose or to cause undue delay.

Respectfully submitted this 7th day of August, 2026.

**FABIAN VANCOTT**

By: /s/ Kevin Anderson
KEVIN N. ANDERSON, ESQ.
Nevada State Bar No. 04512
2275 Corporate Circle, Suite 220
Henderson, Nevada 89074
Telephone: (702) 233-4444

***Attorneys for Kennedy Judd, Jordan Judd, Parker Judd, and Preston Judd***

**GREENBERG TRAURIG, LLP**

By: /s/ Kara B. Hendricks
KARA B. HENDRICKS, ESQ.
Nevada State Bar No. 07743
KYLE A. EWING, ESQ.
Nevada State Bar No. 14051
MADELEINE COLES, ESQ.
Nevada State Bar No. 16216
ANTHONY TORROLL, ESQ.
Nevada State Bar No. 16640

***Attorneys for Plaintiff***

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: August 10, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002